UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 27 2008
8-27-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. )
)    08CR    677
HUGO MEZA-MEZA )    CASE NUMBER:
)

MAGISTRATE JUDGE NOLAN

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before <u>NAN R. NOLAN</u>, a United States Magistrate Judge, and being duly sworn on oath, states: that at the <u>WESTERN DISTRICT OF MISSOURI</u>, one <u>HUGO MEZA-MEZA</u>, was charged in an indictment with <u>conspiring to distribute more than fifty grams of a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846; knowingly and intentionally distributing more than five grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); knowingly and intentionally distributing methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(c); and illegal re-entry, in violation of Title 8, United States Code, Section 1326(a)</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_James Ferguson_
James Ferguson
Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
27th Day of August, 2008

_Nan Nolan_
NAN R. NOLAN
United States Magistrate Judge

AUSA Bethany K. Biesenthal

# United States District Court

RECEIVED
U.S. MARSHALS SERVICE
2008 AUG 19 PM 4:11
WESTERN DISTRICT
OF MISSOURI

### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

HUGO MEZA-MEZA

**WARRANT FOR ARREST**

CASE NO: 08-00221-01-CR-W-DW

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HUGO MEZA-MEZA

and bring him forthwith before the Honorable United States Magistrate Judge to answer a

__X__ Indictment ___ Information ___ Complaint ___ Order of Court ___ Violation Notice ___ Probation Violation Petition

charging him with conspiracy to distribute a mixture or substance containing more than fifty (50) grams of a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and in violation of Title 21, United States Code, Section 846; knowingly and intentionally distributing more than five grams (actual) of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); knowingly and intentionally distributing a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C); and illegal re-entry of a deported alien in violation of Title 8, United States Code, Section 1326(a).

Sarah W. Hays
Name of Issuing Officer

[signature] Sarah W. Hays
Signature of Issuing Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 19, 2008, KANSAS CITY, MISSOURI
Date and Location

_____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

COPY
ORIGINAL ON FILE
U.S. MARSHAL-WESTERN/MISSOURI
(DO NOT DUPLICATE)

| DATE RECEIVED | NAME [illegible] |
|---|---|
| DATE OF ARREST | [illegible] OF ARRESTING OFFICER |