# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 677 - 1 | **DATE** | 08/27/08 |
| **CASE TITLE** | USA vs. Hugo Meza-Meza | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Hugo Meza-Meza appears in response to arrest on 08/27/08. Defendant informed of his rights. Enter Order appointing Panel Attorney Daniel P McLaughlin as counsel for defendant for initial appearance only. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court.   Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Hugo Meza-Meza is the person named in the arrest warrant.  Order defendant removed in custody to the Western District Of Missouri, forthwith.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|