# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

US _____ VS. _____

HUGO MEZA - MEZA

FOR

**F I L E D**
8-27-08
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

HUGO MEZA - MEZA

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS

Magistrate

District Court
08 CR 677

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony  ☐ Misdemeanor

REMOVAL FOR PROCEEDINGS IN
N.D. MO

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: Day labor in the Des Plaines area

IF YES, how much do you earn per month? $ approx $2,000

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☑ Yes  ☐ No  sometimes

IF YES, how much does your Spouse earn per month? $ 700-800

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ NA

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED _____  SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 500

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 2,000 | Mitsubishi Eclipse '95 |
| 1,000 | Daewoo '00 |

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | | |
|---|---|---|---|
| rent | | $ | $ 775 750 |
| groceries | | $ | $ 400 |
| telephones | | $ | $ 60 |
| gas bill | | $ | $ 100-200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/27/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Hugo meza